**Dismissed and Opinion Filed June 9, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-23-00501-CR
No. 05-23-00502-CR
No. 05-23-00503-CR

**DARIUS SAULS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

## On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F22-00668-M, F21-31855-M, F22-31450-M

## MEMORANDUM OPINION

Before Justices Pedersen, III, Kennedy, and Garcia
Opinion by Justice Pedersen, III

Appellant appeals the trial court's failure to lower appellant's bond pending trial. Appellant states in his combined notice of appeal for these cases, "Defendant . . . files this appeal of excessive bail. Bail is excessive set at $100,000 each solely to keep accuse[d] incarcerated until trial." The Texas Court of Criminal Appeals has held, "There is no constitutional or statutory authority granting the courts of appeals jurisdiction to hear interlocutory appeals regarding excessive bail or the denial of bail." *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014).

The trial court's online docket sheets for these cases show no appealable orders have been entered. *See In re Johnson*, 599 S.W.3d 311, 311 (Tex. App.—Dallas 2020, no pet.) (taking judicial notice of trial court's online docket sheet). Accordingly, we lack jurisdiction over these appeals.

We dismiss these appeals for want of jurisdiction.

230501f.u05
230502f.u05                               /Bill Pedersen, III//
230503f.u05                               BILL PEDERSEN, III
Do Not Publish                            JUSTICE
TEX. R. APP. P. 47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DARIUS SAULS, Appellant

No. 05-23-00501-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas Trial Court Cause No. F22-00668-M. Opinion delivered by Justice Pedersen, III. Justices Kennedy and Garcia participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 9th day of June, 2023.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DARIUS SAULS, Appellant

No. 05-23-00502-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas Trial Court Cause No. F21-31855-M. Opinion delivered by Justice Pedersen, III. Justices Kennedy and Garcia participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 9th day of June, 2023.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DARIUS SAULS, Appellant

No. 05-23-00503-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas Trial Court Cause No. F22-31450-M. Opinion delivered by Justice Pedersen, III. Justices Garcia and Kennedy participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 9th day of June, 2023.